**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2020 JAN 17  P 4: 07

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:20-CR-9 |
| | ) |
| CHRISTOPHER KITCHEN, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about March 2015, through on or about October 2018, in Alexandria, Virginia, within the Eastern District of Virginia, the Defendant did unlawfully and knowingly receive visual depictions of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer; to wit: videos and still images depicting minors engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Section 2252(a)(2).

(All in violation of Title 18, United States Code, Section 2252(a)(2))

G. Zachary Terwilliger
United States Attorney

By: /s/ Kellen Dwyer
Kellen S. Dwyer
Assistant United States Attorney