FILED
IN OPEN COURT

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA    )
    )
    v.    )    No. 1:20-CR-9
    )
CHRISTOPHER KITCHEN,    )
    )
    Defendant.    )

## STATEMENT OF FACTS

The United States and Christopher Kitchen ("the Defendant") agree that the following

facts are true and correct, and that had this matter proceeded to trial, the United States would

have proven them beyond a reasonable doubt with admissible and credible evidence:

1.    From on or about March 2015, through on or about October 2018, in Alexandria,

Virginia, within the Eastern District of Virginia, the Defendant did unlawfully and knowingly

receive visual depictions of a minor engaging in sexually explicit conduct using any means and

facility of interstate and foreign commerce, and that had been shipped and transported in and

affecting interstate and foreign commerce, and which contains materials which have been mailed

and so shipped and transported, by any means including by computer; to wit: videos and still

images depicting minors engaging in sexually explicit conduct including but not limited to actual

and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic

area.

2.    In particular, on October 25, 2018, a Federal search warrant was executed at the

defendant's home in Alexandria, Virginia, within the Eastern District of Virginia.  The

1

government seized several electronic devices from the defendant's residence as a result of the search.

3.      One of the devices, a Cooler Master Computer, contained images of child pornography.  These images included several images from the "Jenny" series, a known victim of child pornography.  The defendant intentionally downloaded these files via the internet knowing that they contained child pornography using Torrent software.

4.      The statement of facts includes those facts necessary to support the defendant's guilty plea.  It does not include each and every fact known to the defendant or to the government and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

5.      The actions of the defendant, as recounted above, were in all respects knowing, voluntary, and intentional, and were not committed by mistake, accident or other innocent reason.

6.      If the defendant breaches the plea agreement, then pursuant to paragraph 15 of that agreement, he waives any rights under Fed. R. Crim. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any such proceeding.

<div style="margin-left:45%">

G. Zachary Terwilliger
United States Attorney

By: _Kellen S. Dwyer_

Kellen S. Dwyer
Assistant United States Attorney

</div>

<div style="text-align:center">2</div>

**Defendant's Signature:** After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 11/13/19 , 2019

_____
Christopher Kitchen
Defendant

**Defense Counsel Signature:** I am Christopher Kitchen's attorney.  I have carefully reviewed the above Statement of Facts with him.  To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 23. DEC. 19 , 2019

_____
Patrick N. Anderson
Counsel for the Defendant

3